STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

BEATRICE NA, SBN CA 303390
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-Mail: Beatrice.Na@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELYNN BORTOLAMEDI,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-01473-JAD-PAL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm in response to Plaintiff's Motion for Judgment (Dkt. No. 13) due on November 13, 2017, by 45 days, through and including December 28, 2017. Defendant further requests that all subsequent deadlines set forth in the Court's Order Concerning Review of Social Security Cases (Dkt. No. 10) shall be extended accordingly.

///

///

Defendant requests this extension because of her attorney's heavy workload for the months of November and December 2017. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on November 13, 2017.

Respectfully submitted, November 13, 2017.

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2017

**CERTIFICATE OF SERVICE**

I, **BEATRICE NA,** certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Daniel S. Jones
Law Offices of Charles E. Binder and Harry J. Binder, LLP
485 Madison Ave Suite 501
New York, NY 10022
212-667-6801
Email: fedcourt@binderlawfirm.com

Hal Taylor
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Dated: November 13, 2017

*/s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney