1  STEVEN W. MYHRE
   Acting United States Attorney
2  District of Nevada

3  BEATRICE NA, SBN CA 303390
   Special Assistant United States Attorney
4       160 Spear Street, Suite 800
        San Francisco, California 94105
5       Telephone: (415) 977-8967
        Facsimile: (415) 744-0134
6       E-Mail: Beatrice.Na@ssa.gov

7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELYNN BORTOLAMEDI, | Case No. 2:17-cv-01473-JAD-PAL |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (***SECOND REQUEST***) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm in response to Plaintiff's Motion for Judgment (Dkt. No. 13) due on December 28, 2017, by 30 days, through and including January 29, 2018. Defendant further requests that all subsequent deadlines set forth in the Court's Order Concerning Review of Social Security Cases (Dkt. No. 10) shall be extended accordingly.

///

///

Defendant requests this extension because of her attorney's heavy workload for the months of December 2017 and January 2018, including four other district court cases that require imminent briefing by January 5, 2018 and four personnel-related litigation pending before the Equal Employment Opportunity Commission that require completion of deposition and written discovery by February 2, 2018. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on December 27, 2017.

Respectfully submitted, December 27, 2017.

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 4, 2018

# CERTIFICATE OF SERVICE

I, **BEATRICE NA,** certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME (Second Request)** on the date and via the method of service identified below:

**CM/ECF:**

Daniel S. Jones
Law Offices of Charles E. Binder and Harry J. Binder, LLP
485 Madison Ave Suite 501
New York, NY 10022
212-667-6801
Email: fedcourt@binderlawfirm.com

Hal Taylor
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Dated: December 27, 2017

                                             */s/ Beatrice Na*
                                             BEATRICE NA
                                             Special Assistant United States Attorney