# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Jacquelynn Bortolamedi,

    Plaintiff

v.

Carolyn W. Colvin, Acting Commissioner of Social Security Administration,

    Defendant

Case No. 2:17-cv-01473-JAD-BNW

**Order Adopting Report and Recommendation and Remanding for Further Proceedings**

[ECF Nos. 13, 18, 25]

    Plaintiff Jacquelynn Bortolamedi brings this action to challenge the Social Security Commissioner's denial of her request for disability-insurance benefits under Titles II and XVI of the Social Security Act. The magistrate judge has evaluated the briefing in this case and recommends[1] that I grant in part and deny in part Bortolamedi's motion for judgment on the pleadings[2]; remand this case for further proceedings regarding Drs. Hodde, Austin, and Madow's opinions and the vocational expert's testimony; and deny the Commissioner's cross-motion to affirm.[3] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]

    IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 25] is ADOPTED** in full;

---

[1] ECF No. 25.

[2] ECF No. 13.

[3] ECF No. 18.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED that the motion for judgment on the pleadings **[ECF No. 13] is GRANTED** in part and DENIED in PART, consistent with the report and recommendation [ECF No. 25], and the Commissioner's cross-motion to affirm **[ECF No. 18] is DENIED. This case is REMANDED for further proceedings** regarding Drs. Hodde, Austin, and Madow's opinions and the vocational expert's testimony.

The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: September 17, 2019

_____
U.S. District Judge Jennifer A. Dorsey